STOCK MANAGEMENT CORPORATION and Others v. W. RUFUS ABBOTT and Others, Impleaded with JOHN E. McCARTHY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MARY DERLICKA and JOSEPH DERLICKA v. SAMUEL LEO, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

VANNECK REALTY CORPORATION v. THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

HENRY ROGERS WINTHROP and Others v. JESSE HYMAN and Others, Impleaded with DANIEL LOEWENTHAL and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK and GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate UNION GUARANTEE AND MORTGAGE COMPANY. In the Matter of the Plan for Readjustment, Modification or Reorganization of the Rights of All the Holders of Mortgage Investments Represented by Series 2290 Mortgage Participation Certificates Guaranteed by UNION GUARANTEE AND MORTGAGE COMPANY and Secured by Mortgage Covering Premises 165 Bennett Avenue, Manhattan, New York City. LOUIS H. PINK, Superintendent of Insurance, etc. UNITED EQUITIES, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

LOUIS GERSHOWITZ v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and ROYAL INDEMNITY COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

IRVING F. MARSHALL CORPORATION, a Corporation, and Another v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, a National Banking Association, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of LOUISE LEDERER, an Incompetent Person. LOUISE LEDERER; EDWARD W. STERN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK v. THE NATIONAL SUGAR REFINING COMPANY and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.